## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MICHAEL CARABALLO, | : | No. 587 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| JOSEPH H. DUPONT, ERIC TICE, S. | : | |
| ELLENBERGER, C. WAKEFIELD AND | : | |
| CAPTAIN FEAGLEY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.